UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORTRESS INVESTMENT GROUP LLC,<br><br>                      Plaintiff,<br>    -against-<br><br>PROPRIETES & CO,<br><br>                      Defendant. | Civil Action No. 1:19-cv-01317-AT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Plaintiff Fortress Investment Group LLC hereby voluntarily dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Defendant Proprietes & Co has not served an answer or a motion for summary judgment.  This dismissal is without prejudice.

Dated:  February 21, 2019
           New York, New York

                                    **KING & SPALDING LLP**

                                    By: */s/ Richard T. Marooney*
                                         Richard T. Marooney
                                         Nava S. Sanders
                                         1185 Avenue of the Americas
                                         New York, NY 10036
                                         Telephone:  (212) 556-2100
                                         Facsimile:  (212) 556-2222
                                         Email:  rmarooney@kslaw.com
                                         Email:  nsanders@kslaw.com

                                         *Counsel for Plaintiff*